McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
   *jonathan.carlson@mccormickbarstow.com*
Frank A Toddre, II
Nevada Bar No. 11474
   *frank.toddre@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Defendant
GEICO GENERAL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEONARDO A. LOPEZ, an individual; and MARIA T. SANTOS VDA DE LOPEZ, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> DOE DRIVER I, DOE VEHICLE OWNER I, GEICO GENERAL INSURANCE COMPANY, d/b/a GEICO, a foreign corporation; DOE OWNERS II-V, DOE DRIVERS II-V, ROE COMPANIES I-X, and ROE EMPLOYERS I-X, <br><br> Defendants. | Case No. 2:20-cv-2037-RFB-DJA <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice and that all pending motions with the Court are withdrawn as moot.

/ / /

/ / /

/ / /

/ / /

/ / /

Case No. 2:20-cv-2037-RFB-DJA

STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Re: <u>Leonardo A. Lopez, et al. v. Geico Casualty</u>
Case No. 2:20-cv-2037-RFB-DJA

Each party will bear their own costs and attorneys' fees.

DATED this ⁣⁣⁣ day of March, 2022

By ⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣
Waleed Zaman, Esq., NV Bar No. 13993
Michael Trippiedi, Esq. NV Bar No. 13973
ZAMAN & TRIPPIEDI
6620 S. Tenaya Way, Ste. 100
Las Vegas, Nevada 89113
Tel. (702) 359-0157
Attorneys for Plaintiffs LEONARDO A. LOPEZ
and MARIA T. SANTOS VDA DE LOPEZ

DATED this 25th day of March, 2022

By   /s/ Jonathan W. Carlson
Jonathan W. Carlson, Esq., NV Bar No. 10536
Frank A Toddre, II, Esq., NV Bar No. 11474
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100
Attorneys for Defendant GEICO GENERAL
INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

DATED this 29th day of ⁣⁣⁣March⁣⁣⁣, 2022.

⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣⁣
RICHARD E. BOULWARE, II
United States District Court

8252982.1